JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR05-5827FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DUE DATE |
| JAMES JEAN FEDERSPIEL, | ) | |
| Defendant. | ) | |

Upon stipulated motion of the parties for extension of the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to January 12, 2006.

DONE this 3rd day of January, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS' DUE DATE                    1
CR05-5827(FDB)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1 | Presented By:

3 | */s/ Miriam F. Schwartz*                                    */s/Kent Liu*
4 | Miriam F. Schwartz                                          Kent Liu
    Attorney for Defendant                                      Assistant United States Attorney

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS' DUE DATE                2
CR05-5827(FDB)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**